Craig SHAPIRO, Plaintiff/Appellant,

v.

ROTHSCHILD DEVELOPMENT, LTD., Defendant/Respondent.

No. 72825.

Missouri Court of Appeals,
Eastern District,
Division Five.

Feb. 24, 1998.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 29, 1997.

Matthew J. Rossiter, Ballwin, for appellant.

Richard C. Wuestling, St. Louis, for respondent.

Before CRAHAN, C.J., and RICHARD B. TEITELMAN, J., and GERALD M. SMITH, Senior Judge.

*MEMORANDUM OPINION*

PER CURIAM.

Plaintiff appeals from the entry of summary judgment in favor of defendant in plaintiff's suit against his landlord for personal injuries sustained as a result of a criminal robbery and assault by third parties occurring on a parking lot owned by the landlord and made available for use by tenants. The facts were undisputed and the issue presented is solely one of law. No error of law appears and the summary judgment was properly granted. *Kopoian v. George Miller & Co., Inc.*, 901 S.W.2d 63 (Mo.App.1995). An opinion would serve no precedential purpose. The judgment is affirmed. Rule 84.16(b).

■

STATE of Missouri, Plaintiff–Respondent,

v.

Prel DOKAJ, Defendant–Appellant.

No. 72017.

Missouri Court of Appeals,
Eastern District,
Division Four.

March 3, 1998.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 29, 1997.

Patrick T. Conroy, Clayton, for defendant–appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Barbara K. Chesser, Asst. Atty. Gen., Jefferson City, for plaintiff–respondent.

Before ROBERT G. DOWD, Jr., P.J., and SIMON and HOFF, JJ.

**ORDER**

PER CURIAM.

Appellant, Prel Dokaj, appeals from the judgment entered upon the conviction by a jury of forcible sodomy in violation of Section 566.060, RSMo 1994. The court found Appellant to be a prior offender and sentenced him to a term of nine years' imprisonment. We affirm. We have reviewed the record and find the claims of error to be without merit. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25(b).